08-cv-5960

*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

### I. CAPTION

NORVEL VASS
_____
*(Enter the full name of the plaintiff or plaintiffs)*

v.

CITY OF PHILADELPHIA POLICE DEPARTMENT, CITY OF PHILADELPHIA SHERIFF DEPARTMENT. JOHN DOE#1(RIVERA) PHILA; SHERIFF OFFICER, JOHN DOE#2(HAMILTON)PHILA: SHERIFF OFFICER, ERIC RIDDICK(BADGE#2247) PHILA;POLICE OFFICER, BARBRA MCDERMOTT, JOHN DOE#3 PHILA; COURTROOM STENOGRAPHER
*(Enter the full name of the defendant or defendants)*

### II. PARTIES

a. **Plaintiff**   NORVEL VASS
   **Full name:** _____
   **Prison identification number:** #HB-3362
   **Place of present confinement:** S.C.I CRESSON, PA. 16699,0001
   **Address:** _____

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   CRIMINAL JUSTICE CENTER 1301 FILBERT STREET, PHILA: PA.19107(6th.FLOOR)

   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. **Defendants:** (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: CITY OF PHILA. SHERIFF DEPARTMENT
      Place of employment and section or unit: CRIMINAL JUSTICE CTR.

   2. Full name including title: PHILADELPHIA, POLICE DEPARTMENT
      Place of employment and section or unit: 8th.RACE ST. PHILA,PA 19107

   3. Full name including title: JOHN DOE#1 (RIVERA) PHILA; SHERIFF
      Place of employment and section or unit: CRIMINAL JUSTICE CTR. PHILA,

   4. Full name including title: JOHN DOE#2(HAMILTON) PHILA, SHERIFF
      Place of employment and section or unit: CRIMINAL JUSTICE CTR. PHILA,PA.

   Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

SEE REVERSE OF PAGE

CONTINUED FROM FRONT PAGE:

5. ERIC RIDDICK (POSSOBLE BADGE #2247) PHILADELPHIA
CITY POLICE OFFICER

6500 WOODLAND AVE. PHILA, PA 19143, 12 th. district, police dept.

6 bARBRA MCDERMOTT SUITE 1915, 1515 MARKET STREET PHILA, PA 19102

7. JOHN DOE #3 PHILA, CITY COURTROOM STENOGRAPHER
CRIMINAL JUSTICE CENTER 1301 FILBERT STREET PHILA, PA. 19107
COURTROOM (POSSIBLY 602)

### III. PREVIOUS LAWSUITS

*Instructions:*

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs **Norvel Vass**

Defendants **Same as caption, City of Phila, et al**

Issues: **Assault, threating, relative to trial matter CP-0403026 3½, due process**

Court: if federal, which district? **Eastern District of PA**

if state, which county? _____

Docket number: **07-3219 or 07-3029** Date filed: **Possibly 8-7-07**

Name of presiding judge: **Hon. Petrese B. Tucker**

Disposition: (check correct answer(s)); Date: **10-07 or 10-23, 2008**

Dismissed **✓** Reason? **Unable to obtain Forma Pauperis**

Judgment ___ In whose favor? _____

Pending ___ Current status? _____

Other **✓** Explain **Dismissed without prejudice by Hon. P. Tucker**

Appeal filed? ___ Current status? **Dismissed w/o Prejudice**

**Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV. ADMINISTRATIVE REMEDIES

*Instructions:*

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

*Type of procedure. (grievance, disciplinary review, etc.)*
NOT A Prison case, did complain to supervisor AT courthouse.

*Authority for procedure. (DC-ADM, inmate handbook, etc.)* _____

*Formal or informal procedure.* _____

*Who conducts the initial review?* _____

*What additional review and appeals are available?* _____

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

*On what date did you request initial review?* _____

*What action did you ask prison authorities to take?* _____

*What response did you receive to your request?* _____

*What further review did you seek and on what dates did you file the requests?* _____

*What responses did you receive to your requests for further review?* _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

_____

Page 3

## V. STATEMENT OF CLAIM

*Instructions:*

> State here as briefly as possible the facts of your case. Use **plain** language and do not make legal arguments or cite cases or statutes. State how **each defendant** violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are **factually related**. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

*Statement of claim:*

All DEFendants violated Plaintiffs First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution and are being sued in their official and unofficial capacity see: Attached (5) Five page Statement of Claim

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

*Relief sought:* PUNITIVE DAMAGES IN EXCESS OF $10,000 FROM EACH DEFENDANT WHERE THIS COURT DEEMS APPLICABLE. COMPENSATORY DAMAGES IN EXCESS OF $10,000 FROM EACH DEFENDANT WHERE THIS COURT DEEMS APPLICABLE. MENTAL AND EMOTIONAL DAMAGES IN EXCESS OF $10,000 FROM EACH DEFENDANT WHERE THIS COURT DEEMS APPLICABLE. JURY TRIAL REQUESTED AND ATTORNEY FEES

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

12-16-08
DATE

SIGNATURE OF PLAINTIFF(S)

Page 4

STATMENT OF CLAIM

INTRODUCTION:
 THIS IS AN ACTION FOR MONEY DAMAGES IN EXCESS OF TEN THOUSAND DOLLARS AGAINST THE FOLLOWING DEFENDANTS:

  A) THE CIY OF PHILADELPHIA SHERIFF DEPARTMENT
  B) THE CITY OF PHILADELPHIA POLICE DEPARTMENT
  C) JHON DOE #1 (POSSIBLY MR. RIVERA) WHOM IS/WAS AN OFFICER FOR THE PHILADELPHIA SHERIFF DEPARTMENT.
  D) JHON DOE #2 (POSSIBLY MR. HAMILTON) WHOM IS/WAS AN OFFICER FOR THE PHILADELPHIA SHERIFF DEPARTMENT.
  E) MR. ERIC RIDDICK WHOM WAS/IS A PHILADELPHIA POLICE OFFICER (POSSIBLE BAGE NUMBER  2247) FOR THE 12th. DISTRICT.
  F) MS. BARBRA MCDERMOTT
  G) JHON DOE #3 PHILADELPHIA CITY COURTROOM STENOGRAPHER

DEFINITIONS:
H) THE CITY OF PHILADELPHIA IS LOCATED IN THE STATE OF PENNSYLVANIA
I) THE TERM "CUSTODY CELL" SHALL REFER TO HEREIN AND THROUGHTOUT TO AN AREA WHERE PLAINTIFF WAS KEPT BY THE PHILADELPHIA SHERIFF WHILE AWAITING TO BE CALLED INTO THE TRIAL COURT.
THE "CUSTODY CELL" IS LOCATED ON THE SIXTH FLOOR OF THE CRIMINAL JUSTICE CENTER IN PHILADELPHIA IMMEDIATELY ADJACENT TO THE TRIAL COURTROOM.
K) THE TERM "TRIAL MATTER" SHALL REFER TO HEREIN AND THROUGH OUT TO THE TRIAL OF COMMONWEALTH OF PENNSYLVANIA v. NORVEL VASS BILL AND TERM NUMBERS , SEPTEMBER TERM 2003, NO. 0560 1/1, MARCH TERM, 2004, NO. 0263 1/1 (one trial), WHICH WAS CONDUCTED FROM FEBRUARY 12,through 21,2007  OR ONOR ABOUT THAT TIME.

---

1. ON OR ABOUT FEBRUARY 12, 2007 (THE FIRST DAY OF THE "TRIAL MATTER") PLAINTIFF WAS PLACED IN THE "CUSTODTY CELL".
BEFORE ANY PROCEEDINGS COMMENCED IN THE "TRIAL MATTER" PLAINTIFF ALERTED  DEFENDANT JHON DOE #1 (PHILA SHERIFF RIVERA  )  THAT PLAINTIFF ~~~~~ WISHED TO ADDRESS THE TRIAL COURT IN "TRIAL MATTER"  IN ORDER FOR PLAINTIFF TO ACT AS OWN COUNSEL AND INFORM THE COURT ABOUT COMPLAINTS CONCERNING COUNSEL IN THE "TRIAL MATTER". UPON HEARING PLAINTIFFS REQUEST DEFENDANT JHON DOE #1 BECAME IRATE AND DEMANDED THAT PLAINTIFF NOT ATTEMPT TO ADDRESS THE TRIAL COURT.  WHEN PLAINTIFF WAS BROUGHT BEFORE THE TRIAL COURT IN THE "TRIAL MATTER" PLAINTIFF ATTEMTED TO SPEAK AND RAISE PLAINTIFFS HAND IN ORDER TO ADDRESS THE COURT DEFENDANT JHON DOE #1 TOLD PLAINTIFF TO SHUT UP AND PHYSICALLY GRASPED PLAINTIFF ARM PREVENTING PLAINTIFF  FROM RASING PLAINTIFFS HAND TO ALERT THE TRIAL COURT. THE ABOVE DESCRIBED EPISODES TRANSPIRES EVERY-DAY(POSSIBLY THE FIRST TWO OR THREE DAYS OF THE "TRIAL MATTER" IN WHICH JHON DOE #1 WAS WAS WORKING AS THE SHERIFF IN THE " TRIAL MATTER" )

2. ON OR ABOUT FEBRUARY 14,OR 15 2007 (THE FIST DAY DEFENDANT JHON DOE #2 MR. HAMILTON PHILA. SHERIFF RELIEVED JHON DOE #2 AS SHERIFF IN THE TRIAL MATTER). WHEN PLAINTIFF WAS TAKEN TO THE "CUSTODY CELL" SHERIFF JHON DOE #2 (HAMILTON) BEGAN TO IMMEDIATELY THREATEN PLAINTIFF WITH BODILY INJURY,AND RACIAL DEROGATORY REMARKS,JHON DOE#2 TOLD PLAINTIFF THAT HE (JHON DOE#2) HATED "N-WORDS" WHOM TRY TO BE THEIR OWN LAWYERS AND IF PLAINTIFF ATTEMPTED TO ADDRESS THE TRIAL COURT THAT HE (JHON DOE#2) WOULD BEAT THE BLACK OF OFF PLAINTIFF, THESE THREATS OF PHYSICAL HARM AND INTIMIDATION ,HUMILIATION CAUSED BY DEFENDANT JHON DOE #2 UPON PLAINTIFF OCCURED EVERYDAY THAT JHON DOE#2 WAS ON DUTY AS SHERIFF OF PHILADELPHIA IN THE"TRIAL MATTER".

#3. ON OR ABOUT FEBRUARY 15,2007,AS PLAINTIFF WAS IN THE "CUSTODY CELLS" ATTORNEYS BOOTH SPEAKING(COUNSEL IN THE "TRIAL MATTER" ) WHOM WAS COMMUNICATING WITH THE PLAINTIFF THROUGH A PLEXI-GLASS PARTITION, LESS THAN THREE MINUTES INTO SAID"TRIAL MATTER"DISSCUSSION CONCERNING PLAINTIFFS"TRAIL MATTER TESTIMONY" (THE ONLY TRIAL MATTER DISSCUSSION BETWEEN PLAINTIFF AND "TRIAL MATTER" COUNSEL). AS PLIANTIFF AND"TRIAL MATTER" DISSCUSSION (DESCRIBED HEREIN IN PARAGRAPH #3) COMMENCED ,"ERIC RIDDICK" BURST INTO THE  "CUSTODY CELL" ACCOMPANIED BY ERSKIN ODOM (ERSKIN ODOM IS/WAS A WITNESS FOR THE COMMONWEALTH IN "THE TRIAL MATTER").UPON PLAINTIFFS"TRIAL MATTER" COUNSEL SEEINING THE ENTRY OF POLICE OFFICER ERIC RIDDICK AND CIVILIAN ERSKIN ODOM INTO THE "CUSTODY CELL"  SHOUTED GET HIM NOW(MEANING GET PLAINTIFF) AND "TRIAL MATTER COUNSEL"IMMEDIATELY EXITED THE MEETING WITH PLAINTIFF NEVER TO RETURN. AT THIS POINT POLICE OFFICER ERIC RIDDICK,ERSKINE ODOM, NOW ACCOMPANIED BY SHERIFF JHON DOE#2 MR. HAMILTON, BEGUN TO TERRORIZE PLAINTIFF AS JHON DOE#2 THREATEND TO BEAT PLAINTIFF INTO A COMA,ERIC RIDDICK TREATEND TO ASSIST ERSKINE ODOM IN BEATING PLAINTIFF ON THE SPOT,ERSKIE ODOM THREATENED TO BLOW PLAINTIFFS BRAINS OUT IN RETALIATION FOR THE CHARGES IN THE "TRIAL MATTER",ERIC RIDDICK TOLD PLAINTIFF THAT PLAINTIFF IS GOING TO GET HIS TEETH KNOCKED OUT BY HIM (ERIC RIDDICK) IN RETALIATION FOR PLAINTIFF MAKING ERICK RIDDICK,HIS BROTHER RICHARD RIDDICK AND PARTNER MARK MOORE LOOK LIKE FOOLS IN FEDERAL COURT. (REFERING TO PLAINTIFF CROSS EXAMINATION"PRO-SE" IN FEDERAL COURT  A WEEK PRIOR ON FEBRUARY 5-8 2007


4. ON OR ABOUT FEBRUARY 20,2007,(THE DAY PLAINTIFF GAVE TESTIMONY IN HIS  OWN  BEHALF IN "THE TRIAL MATTER") JHON DOE #2 (HAMILTON) PHYSICALLY ASSAULTED PLAINTIFF IN THE PRESENCE OF THE JURY IN THE "TRIAL MATTER",BY STRIKING PLAINTIFF IN THE NECK AND LOWER CHIN AND CHOKED PLAINTIFF BY TWISTING PLAINTIFF SHIRT COLLAR TIGHTLY AROUND PLAINTIFFS NECK THEN FORCIBLY,EXCESSIVELY PULLED PLAINTIFF BY THE COLLAR ACROSS THE COURT ROOM,THEN THREW PLAINTIFF INTO THE WITNESS CHAIR, JHON DOE THEN SAT LESS THAN TWO FEET BEHIND PLAINTFF. PLAINTIFF IMMEDIATELY GAVE TESTIMONY IN "TRIAL MATTER" IN TOTAL TERROR,INTIMIDATION AND HUMILIATION VOID AN ANY PAUSE TO RECOMPOSE HIMSELF AFTER THE ATTACK (UNPROVOKED).THE ATTACK UPON PLAINTIFF DESRIBED HEREIN IN PRARGRAPH(4. BY JHON DOE #2 HAMILTON TRANSPIRED IN OPEN COURT IN THE PRESENCE OF THE JURY AND ALL COURT ROOM SPECTATORS, THEREBY INFECTING,AFFECTING THE "TRIAL MATTER" ADVERSELY.

5. DEFENDANT BARBRA MCDERMOTT "SET PLAINTIFF UP"/COAHED DEFENDANT JHON DOE #2 (PHILA. SHERIFF) AND PHILA,POLICE OFFICER "ERIC RIDDICK" TO THREATEN AND ASSAULT PLAINTIFF AND CONTINUALLY THREATN PLAINTIFF WITH PHYSICAL BEATINGS BY THE SHERIFF IF PLAINTIFF ATTEMPTS TO ALERT THE TRIAL COURT IN "TRIAL MATTER" CONCERNING BARBRA MCDERMOTTS IMCOMPETENCE AND PLAINTIFF REQUEST TO ACT AS PLAINTIFFS OWN COUNSEL IN THE"TRIAL MATTER". THESE THREATS BEGAN ON/OR ABOUT FEBRUARY 12,through21,2007. BEFORE THE ACTUAL ASSAULT BY PHILA. SHERIFF HAMILTON(JHON DOE#2),BARBRA MCDERMOTT ORDERED JHON DOE #2 "HAMILTON" TO "GET HIM NOW" MEANING ASSAULT PLAINTIFF, AS STATED IN PARAGRAPH 4 HEREIN.

6. JHON DOE #3 WHOM IS/WAS THE COURTROON STENOGRAPHER IN THE"TRIAL MATTER" FROM ON OR ABOUT FEBRUARY 12-21,2007, DELIBERATELY SELECTIVELY TRANSCRIBED THE TRIAL PROCEEDINGS IN THE "TRIAL MATTER"

7.THE DEFENDANTS JHON DOE #1 "PHILADELPHIA SHERIFF"(RIVERA) JHON DOE #2 "PHILADELPHIA SHERIFF(MR. HAMILTON),ERIC RIDDICK PHILADELPHIA POLICE OFFICER,WERE AT ALL TIMES HEREIN RELATIVE TO INSTANT CIVIL ACTION ACTING        IN THEIR OFFICAL CAPACITY AS/ OF PHILADELPHIA CITY SHERIFF/POLICE RESPECTIVELY,AND UNDER THE COLOR OF LAW, TO WIT UNDER THE COLOR OF THE SATATUES, ORDINANCES, REGULATIONS,POLICIES,CUSTOM AND USEAGES OF THE STATE OF PENNSYLVANIA AND OR THE CITY OF PHILADELPHIA.
JHON DOE #3COURTROOM STENOGRAPHER IN THE"TRIAL MATTER" ALSO ACTING AT ALL TIMES HEREIN RELEVANT  TO INSTANT CIVIL ACTION UNDER THE COLOR OF PHILADELPHIA /PENNSYLVANIA LAWS RULES AND ORDINANCES.

8. THE CITY OF PHILADELPHIA,WHICH IS LOCATED IN THE STATE OF PENNSYLVANIA IS BEING NAMED AS ADEFANDANT IN THIS CIVIL ACTION. THE CITY OF PHILADELPHIA OWNS,OPERATES,MANAGES,DIRECTS THE PHILADELPHIA POLICE DEPARTMENT AND ITS SHERIFF DEPARTMENTS.
AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTSLISTED HEREIN WHOM ARE/WERE EMPLOYED BY THE CITY OF PHILADELPHIA,AND BARBRA MCDERMOTT PLAINTIFF WAS DEPRIVED OF RIGHTS PRIVLILEGES AND IMMUNITIES UNDER THE UNITED STATES CONSTITUTION ITS FIRST, FOURTH,FIFTH, SIXTH, EIGHTH, AND FOURTEENTH AMENDMENTS.

THE CITY OF PHILADELPHIA AS AMATTER OF PRACTICE AND POLICY HAS INTENTIONALLY AND DELIBERATELY FAILED TO ADEQUATELY DISCIPLINE AND TRIAN OR OTHERWISE DIRECT ITS POLICE,SHERIFFS, AND COURTROOM STENOGRAPHERS CONCERNING THE RIGHTS OF ITS CITIZENS, THEREBY CAUSING(THE CITY EMPLOYED DEFENDANTS HEREIN) TO ENGAGE IN UNLAWFUL CONDUCT WHICH IS DESCRIBED HEREIN.
THE CITY OF PHILADELPHIA,AS A MATTER OF PRACTICE AND POLICY,HAS INTENTIONALLY AND DELIBERATELY HAS FAILED TO SANCTION AND DISCIPLINE POLICE OFFICERS,SHERIFF OFFICERS,INCLUDING THE DEFENDANTS IN THIS CASE WHO ARE AWARE AND SUBSEQUENTLY CONCEAL VIOLATIONS OF THE CONSTITUTIONAL RIGHTS  OF CITZENS BY OTHER POLICE OFFICERS/SHERIFFS,THERBY CAUSING AND ENCOURAGING POLICE/ SHERIFFS INCLUDING DEFENDANTS IN THIS CASE TO ENGAGE IN UNLAWFUL CONDUCT.
THE CITY OF PHILADELPHIAS FAILURE,AS A MATTER OF POLICY AND PRACTICE, TO ADEQUATELY DISCIPLINE,TRAIN,SUPERVISE,DIRECT, AND SANCTION ITS POLICE/SHERIFF OFFICERS INCLUDES BUT IS NOT LIMITED TO:

INADEQUATE ATTENTION:,DIRECTION,AND DISCIPLINE REGUARDING THE RIGHTS OF CITIZENS,AND OFFICERS REGULARLY TAKE UNAUTHORIZED AND ILLEGAL ACTIONS AGAINST CITIZENS WHO MERELY QUESTION THEM OR DO NOT IMMEDIATELY FOLLOW THEIR COMMANDS, SUCH ACTIONS ARE CONDONED.
   OFFICER ARE NOT ADEQUATELY TRAINED TO, AND DO NOT ADEQUATELY DISTINGUISH LAWFUL FROM UNLAWFUL BEHAVIOR,SO THAT CONDUCT THAT IS VIEWED BY OFFICERS AS UNUSUAL,ABNORMAL,OR EVEN SIMPLY DISRESPECTFUL IS TAKEN AS AN APPROPIATE BASIS FOR POLICE/SHERIFFS ACTION.

MANY OFFICERS ARE NOT DISCIPLINED FOR WRONG DOING EVEN AFTER THEIR CONDUCT HAS BEEN DETERMINED TO VOILATE THE CONSTITUTION IN CIVIL LITIGATION. THE DAMAGES AWARDED AND COST INCURRED ARE PAID BY THE CITY PROVIDES FREE LEGAL COUNSEL,CONDONING AND ENCOURAGING MISCONDUCT.

THE CITY PROMOTES AND ENCOURAGES THE POLICE "CODE OF SILENCE" WHEREBY OFFICERS REFUSE TO IMPLICATE OTHER OFFICERS IN ANY WRONG DOING,BY FAILING TO DISCIPLINE OFFICERS WHO CONCEAL WRONG DOING BY OTHERS.

AS A GENERAL MATTER,THROUGHOUT THE POLICE /SHERIFF DEPARTMENT CIVILIAN COMPLAINTS OF ABUSE ARE BELITTLED,RIDICULED AND NOT TAKEN SERIOUSLY,AND THESE ATTITUDES ARE ENCOURAGED BY THE CITY, FOSTERING AN ATMOSPHERE THAT PROMOTES THE ABUSE OF CITZENS.

THE ACTIONS OF DEFENDANTS,(PHILADELPHIA  CITY,ITS EMPLOYEES) AND ACTING UNDER THE COLOR OF PHILADELPHIA AND STATE LAW CUSTOM AND USAGE, AND THEIR OFFICIAL CAPACITIES,ALONG WITH BARBRA MCDERMOTT DEPRIVED PLAINTIFF OF THE EQUAL PROTECTION OF THE LAWS AND HIS RIGHTS.PRIVELEGES AND IMMUNITIES UNDER THE LAWS AND CONSTITUTIONS OF THE UNITED STATES INPARTICULAR THE RIGHT TO BE FREE FROM CRUEL AND UNUSAL PUNINISMENTS, TO BE FREE FROM EXCESSIVE FORCE AND DUE PROCESS OF LAW AND PROCEDURES,TO BE FREE FROM WRONGFUL SEIZURE OF HIS PERSON,THE RIGHT TO PETITION AND REDRESS  OF GRIEVANCES TO GOVERMENT, THE RIGHT TO GIVE TESTIMONY IN ONES OWN BEHALF IN "THE TRIAL MATTER" ,THE RIGHT TO TRIAL VOID OF BEING TERRORIZED.
   THE ACTIONS OF DEFENDANTS VIOLATED PLAINTIFFS FIRST,FOURTH, FIFTH,SIXTH, EIGHTH,AND FOURTEENTH AMENDENTS TO THE UNITED STATES CONSTITUTION OF AMERICIA.
   ALL DEFENDANTS ARE BEING SUED IN THEIR OFFICAL AN UNOFFICIAL CAPACITY WERE APPLICABLE.

   THE ACTS AND CONDUCT OF DEFENDANTS ALLEGED IN THE ABOVE STATED CAUSE OF ACTION CONSTITUTE ASSAULT,ASSUALT AND BATTERY,ETHNIC INTIMIDATION,INTIMIDATIOM,HUMILIATON,HARRASSMENT,INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS,ILLEGAL INFRINGMENT UPON"TRIAL MATTER", OUTRAGEOUS CONDUCT,NEGLIGENCE,GROSS NEGLIGENCE,NEGLIGENT IN HIRING RETENTION AND SUPERVISION.

      WHEREFORE,PLAINTIFF "VASS" REQUEST THE FOLLOWING RELIEF:
A) COMPENSATORY DAMAGES                B) PUNITIVE DAMAGES
C) REASONABLE ATTORNEY FEES AND COSTS  D) SUCH OTHER AND FURTURE RELIEF AS APPEARS REASONABLE AND JUST.

<u>PREJUDICE</u>

JOHN DOE#1(RIVERA),PHILA, POLICE SHERIFF, BY HIS ACTIONS LISTED HEREIN VIOLATED PLAINTIFFS, 1st.,5th.,6th. 8th.,AND14th.,AMENDMENTS RIGHTS TO THE U.S. CONST.,WHEREAS JOHN DOE#1(RIVERA)PRECLUDED PLAINTIFF FROM ADDRESSING THE COURT IN "TRIAL MATTER" MULTIPLE TIMES BEFRORE JURY SELECTION RELATIVE TO PLAINTIFFS REQUEST TO REPRESENT HIMSELF (ACT AS OWN COUNSEL),DEFENSE CONCERNS,AND CONCERNS REGUARDING THE ADVERSE TREATMENT LEVELED AT PLAINTIFF BY JOHN DOE #1(RIVERA). JONN DOE #1(RIVERA) CAUSED FEAR,INTIMIDATION, UPON PLAINTIFF WHICH ADVERSELY AFFECTED PLAINTIFFS TRIAL TESTIMONY IN "TRIAL MATTER" INFRINGING UPON PLAINTIFFS NATURAL ABILITIES TO RECALL,REMAIM COMPOSED ,THINK AND ANSWER.

   JONH DOE#2(HAMILTON) PHILA,SHERIFF BY HIS ACTIONS LISTED HEREIN VIOLATED PLAINTIFFS 1st.,4th., 5th.,6th.,8th,AND14th., AMENDMENTS TO U.S. CONST.,WHEREAS JOHN DOE#2 (HAMILTON) CONTINUALLY TERRORIZED INTIMIDATED,THREATEND(WITH BODILY HARM),HARASSED PLAINTIFF THROUGHTOUT "TRIAL MATTER" AND WHILE PLAINTIFF AWAITED IN "CUSTODY CELL" UNDER CARE AND CONTROL OF JOHN DOE#2(HAMILTON),INADDITION TO ACTUALLY ASSAULTING PLAINTIFFIN OPEN COURT(IN FRONT OF JURY) ALL CAUSING HUMILIATION AND PLAINTIFF TO PROCEED IN"TRIAL MATTER"IN AN ATMOSPHERE OF TOTAL TERROR, AFFECTING PLAINTIFFS ABILITY TO RECALL,REMAIM CLAM, COMPOSED,AND ANSWER QUESTIONS CONVINCINGLY DURINGING PLAINTIFFS "TRIAL MATTER"TESTIMONY,CAUSED PLAINTIFF PHYSICAL PAIN,FURTHER JOHN DOE#2 (HAMILTON) PRECLUDED PLAINTIFF FROM ADDRESSING THE COURT IN "TRIAL MATTER" RELATIVE TO DEFENSE CONCERNS AND THE PHILA,SHERIFFS ACTIONS, THROUGH TREATS OF VIOLENCE,FEAR,ETHNIC INTIMIDATIOM,AND ACTUAL ASSSAULT.

   ERIC RIDDICK,PHILA,POLICE OFFICER BY HIS ACTIONS LISTED HEREIN VIOLATED PLAINTIFFS 1st.,5th.,6th.,8th.,and14th. AMENDMENTS TO THE U.S. CONST. WHEREAS ERIC RIDDICK TERRORIZED PLAINTIFF,THREATEND PLAINTIFF WITH PHYSICAL HARM CAUSING PLAINTIFF TO PROCEED IN"TRIAL MATTER" IN ATMOSPHERE OF TERROR,FEAR INTIMIDATION DIRECTLY ADVERSELY AFFECTING PLAINTIFFS "TRIAL MATTER" TESTIMONY ERODING PLAINTIFFS ABILITY TO RECALL,REMAIN CALM ANSWER,THINK AND CONCENTRATE.

   BARBRA MCDERMOTT BY HER ACTIONS LISTED HEREIN VIOLATED PLAINTIFFS 1st. 5th.,6th.,8th.,and 14th.,AMENDMENTS RIGHTS TO THE UNITED STATES CONSTITUTION,WHEREAS "MCDERMOTT" DELIBERATELY THREATEND PLAINTIFF WITH ASSAULT BY OTHER DEFENDANTS HEREIN(AND LIABLE FOR SAME) CREATING AN ATMOSPHERE OF TERROR RELATING TO"TRIAL MATTER" AND ADVERSELY AFFECTING PLAINTIFFS"TRIAL MATTER"TESTIMONY.

   JOHN DOE#3 PHILA.,COURTROOM STENOGRAPHER IN "TRIAL MATTER" BY HIS ACTIONS LISTED HEREIN,DELIBERATELY SELECTIVELY TRANSCRIBED THE "TRIAL MATTER" PROCEEDINGS INCLUDING BEFORE JURY SELECTION WHEN PLAINTIFF ALERTED THE TRIAL COURT THAT PLAINTIFF WISHED TO REPRESENT HIMSELF, AND DEFENSE PROBLEMS,THEREFORE PRECLUDING PLAINTIFFS RIGHT TO A FULL AND FAIR JUDICIAL REVIEW,THUS VIOLATING PLAINTIFFS 1st.,5th.,6th., 8th.,and14th.,AMENDMENTS RIGHTS TO THE U.S. CONST.

   **ALL DEFENDANTS LISTED HEREIN CAUSES/CAUSED PLAINTIFF EMOTIONAL MENTAL,PSYCHOLOGICAL,PHYSICAL PAIN AND SUFFERING,HUMILIATION,SOME/ALL PERM- ANENTLY,INFRINGED ILLEGALLY UPON PLAINTIFFS"TRIAL MATTER" RIGHTS**