**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: NORVEL VASS | COURT CASE NUMBER: CIVIL# 08-5960 |
| DEFENDANT: PHILA, CITY SHERIFF DEPT. (CITY OF PHILA, POLICE DEPT. etal | TYPE OF PROCESS: S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: CITY OF PHILA; SHERIFF DEPT.
ADDRESS: CITY OF PHILA; SHERIFF DEPT. 1301 FILBERT st. PHILA. PA 19107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
NORVEL VASS #HB-3362
BOX-a
CRESSON PA, 16699

FILED JUN 3 0 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 56 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

THE PHILA SHERIFF DEPT. IS HEADQUARTERED INSIDE THE CRIMINAL JUSTICE CENTER 1301 filbert st. (TO THE BEST OF PLAINTIFFS KNOWLEDGE) THIS CRIMINAL JUSTICE CENTER IS WHERE THE CITIZENS AWIAT TRAIL FOR PHILA CITY CRIMINAL COURT CASES IF THEY ARE INCARCERATED THEY OPERATE DURING BUISNESS HOURS DURING THE WEEK DAYS

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 2-28-09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 4/7/09

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): R. Bel, Claims Unit

Address (complete only if different than shown above):

Date of Service: 5/12/09  Time: 11:50 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NORVEL VASS | CIVIL# 08-5960 |

EASTERN DISTRICT OF PENNSYLVANIA

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| PHILA;POLICE DEPT.(CITY OF PHILA.POLICE DEPT.etal | S/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF PHILA; POLICE DEPARTMENT

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
POLICE ADMINISTRATION BUILDING, 8th.&RACE st.PHILA;PA 19106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NORVEL VASS #HB-3362
BOX-A
CRESSON,PA 16699

FILED JUN 30 2009 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 96
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

N/A

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 2-28-09

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: M. [signature]
Date: 4/7/09

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): R. Bey, Claims Unit

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 05-12-09
Time: 11:50 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: [handwritten notes, partially illegible]

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

RECEIVED
09 MAR 31 AM 10:49
EASTERN DISTRICT OF PENNSYLVANIA

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| NORVEL VASS | CIVIL 08-5960 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| BARBRA MCDERMOTT) "CITY OF PHILA. POLICE DEPT. et,al." | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ms. BARBRA MCDERMOTT

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1515 MARKET ST. SUITE 1915 PHILA, PA 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NORVEL VASS ##HB-3362
BOX-A
CRESSON, PA 16699, (16699)

FILED
JUN 30 2009
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

BARBRA MCDERMOTT IS A PHILADELPHIA LAWYER AND WAS A LAWYER AT THE TIME OF COMPLAINT, THE ABOVE IS THE LAWYER BARBRA MCDERMOTT NAMED IN THE COPLAINT. PHONE # (215) 981-1500 (OFFICE NUMBER)
THE ABOVE ADDRESS IS MCDERMOTT'S LISTED OFFICE ADDRESS, BELOW "951 CALEDONIA ST. PHILA, PA 19128" IS AN ALTERNATIVE ADDRESS.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 3-17-09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date 4/7/09 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 05.06.09: Voicemail.
05.11.09: Failed to return call from 5.6.09. left new voice message at 1:00pm.
05.11.09: Spoke with Ms. McDermott, will waive personal service. Mailed w/ waiver on 5.12.09.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA ||
|---|---|
| NORVELL VASS<br><br>v.<br><br>CITY OF PHILA. POLICE DEPT., CITY OF PHILA. SHERIFF DEPT., SHERIFF OFFICER RIVERA, SHERIFF OFFICER HAMILTON, BARBRA MC DERMOTT | CIVIL ACTION NO. 08-5960<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>FILED<br>JUN 3 0 2009<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: 2/13/09 |
|---|---|
| (By) Deputy Clerk<br>*Peggy Rosser*<br>PEGGY ROSSER | |