IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORVELL VAS, | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO.  08-5960** |
| | : | |
| CITY OF PHILADELPHIA POLICE | : | |
| DEPARTMENT, ET AL., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this ___ day of August 2014, upon consideration of Defendants City of Philadelphia, Sheriff's Deputy John Hamilton, and P/o Eric Riddick's Motion for Summary Judgment (Doc. 119), Plaintiff's Response in Opposition thereto (Doc. 142), Defendants' Reply (Doc. 147), and all briefs and exhibits attached thereto, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.  The Clerk of Court shall terminate Defendants City of Philadelphia, Sheriff's Deputy John Hamilton, and P/O Eric Riddick as parties to this matter.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike (Doc. 148) is **DENIED**.

BY THE COURT:

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C.J.**